UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> ARCHITEL SYSTEMS CORPORATION, <br><br> Foreign Applicant in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 16-_____ (___) <br><br> (Joint Administration Requested) |
| *In re:* <br><br> NORTEL COMMUNICATIONS INC., <br><br> Foreign Applicant in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 16-_____ (___) <br><br> (Joint Administration Requested) |
| *In re:* <br><br> NORTHERN TELECOM CANADA LIMITED, <br><br> Foreign Applicant in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 16-_____ (___) <br><br> (Joint Administration Requested) |

**DECLARATION OF KEN COLEMAN IN SUPPORT OF VERIFIED PETITIONS
FOR RECOGNITION OF FOREIGN PROCEEDING**

KEN COLEMAN, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a member of the firm of Allen & Overy LLP, counsel to Ernst & Young Inc., the court-appointed monitor (the "**Monitor**") and authorized foreign representative of Architel Systems Corporation, Nortel Communications Inc., and Northern Telecom Canada Limited in a proceeding under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the Ontario Superior Court of Justice, Commercial List.

2. I respectfully submit this declaration in support of the Monitor's *Verified Petitions for Recognition of Foreign Proceeding and Related Relief* (the "**Chapter 15 Petitions**").

3.  Attached is a true and correct copy of each of the unpublished or foreign decisions cited in the Chapter 15 Petitions:

   A.  *In re Nortel Networks Corporation, et al.,* No. 09-10164 (KG), Dkt. No. 40 (Bankr. D. Del. February 27, 2009).

   B.  *In re Nortel Networks Corporation, et al.,* No. 09-10164 (KG), Dkt. No. 154 (Bankr. D. Del. August 31, 2009).

   C.  *In re Nortel Networks Corporation, et al.,* No. 09-10164 (KG), Dkt. No. 520 (Bankr. D. Del. November 6, 2012).

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 21, 2016

/s/ Ken Coleman
Ken Coleman

*Counsel for Ernst & Young Inc., as Monitor and Foreign Representative of the New Canadian Debtors*